AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 3:23-mj-386 | Date and time warrant executed: 09-19-23 @ 2:31 PM | Copy of warrant and inventory left with: AT&T |
| Inventory made in the presence of: TFO Fred Zolko |||

Inventory of the property taken and name of any person(s) seized:

- cell phone location data between the dates of 09-19-2023 and 09-27-2023.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/26/2023

Frederick D. Zolko
*Executing officer's signature*

Frederick D. Zolko  FBI TFO
*Printed name and title*